UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA TEITELMAN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BUCA, INC., a business entity,<br><br>    Defendant. | Case No. CV 09-05665 DDP (PJWx)<br><br>**ORDER TO SHOW CAUSE REGARDING AMOUNT IN CONTROVERSY** |

It is not clear to the Court that the amount in controversy exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, the Court orders the parties to file supplemental briefing not to exceed ten pages, within ten (10) days of the date of this order, to show cause why this case should not be dismissed for failure to establish subject matter jurisdiction.  If a party does not file a brief, the Court will regard that party as not opposing dismissal of this matter.

IT IS SO ORDERED.

Dated: August 26, 2009

DEAN D. PREGERSON
United States District Judge